# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HELENA FAHERTY** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 15-395** |
| : | |
| **JEH JOHNSON, Secretary, U.S.** : | |
| **Department of Homeland Security** : | |
| Defendant. : | |

# ORDER

**AND NOW**, this 21st day of September 2016, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 15] and the opposition and reply thereto, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. The Complaint is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**